UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MAGYEIXY MANAMA-MEDINA**     **DOCKET NO. 6:25-cv-01252**
    **A232-495-803**                                       **SECTION P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**US IMMIGRATION & CUSTOMS**     **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 3rd day of November, 2025.

*[signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**